**B18-204**

CAUSE NO. _____

United States District Court
Southern District of Texas
FILED

DEC 2 7 2018

David J. Bradley, Clerk of Court

SONIA HERRON
JACOB HERRON
*Plaintiff(s)*

-v-

FEDEX CORPORATION
*Defendant*

§
§
§
§
§
§
§
§
§
§
§

**JURY TRIAL REQUESTED**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    THE PARTIES TO THIS COMPLAINT

A.  THE PLAINTIFF(S)

Name: Sonia Herron

Street Address: 2414 E Washington Avenue

City and County: Harlingen/Cameron County

State and Zip Code: Texas/78550

Telephone Number: (956) 536-1379

E-mail Address: Soniaherron1@gmail.com


Name: Jacob James Herron

Street Address: 2414 E Washington Avenue

City and County: Harlingen/Cameron County

State and Zip Code: Texas/78550

Telephone Number: (956) 536-1379

E-mail Address:

1

## B. THE DEFENDANT(S)

**Name:** FEDEX Express

**Street Address:** 2824 Airport Drive

**City and County:** Harlingen/Cameron County

**State and Zip Code:** Texas/78550

**Telephone Number:** (956) 428-2875

**E-mail Address:**

**Name:** FEDEX Corporate

**Street Address:** 3660 Hacks Cross Road
Building F 3rd Floor
Memphis, TN

**City and County:** Memphis/Shelby

**State and Zip Code:** Tennessee/38125

**Telephone Number:** (800) 463-3339

## C. PLACE OF EMPLOYMENT

The Address at which I was employed by the Defendant was:

**Name:** FEDEX Express

**Street Address:** 2824 Airport Drive

**City and County:** Harlingen/Cameron County

**State and Zip Code:** Texas/78550

**Telephone Number:** (956) 428-2875

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to:

1. Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17(Race, Color, Gender, Religion, National Origin)

2. Right To Sue Letter Obtained

## III.    STATEMENT OF CLAIM

A. The discriminatory conduct of which I complain in this action includes termination of my employment, unequal terms and conditions of my employment, retaliation and failure to promote me.

B. It is my best recollection that the alleged discriminatory acts occurred on: September 27, 2017.

C. I believe the defendants are no longer committing those acts against me solely based on my termination from my employment.

D. Defendant(s) discriminated against me based on my race, color, gender and sex.

E. The facts of my case are as follows: (Please see Attached Pages)

## IV.    EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Counselor regarding the defendant's alleged discriminatory conduct on: September 27, 2017

B. The Equal Employment Opportunity Commission issued a notice of Right To Sue Letter which I received on October 1, 2018.

V. **RELIEF**

A. I, Sonia Herron, am requesting monetary damages for physical, emotional and all future damages obtained while at the workplace and upon my termination. I believe punitive damages should be awarded based on my employer's discriminatory and retaliatory actions.

B. I, Jacob Herron, am requesting monetary damages for physical, emotional and all future damages obtained while at the workplace and upon my termination. I believe punitive damages should be awarded based on my employer's discriminatory and retaliatory actions.

VI. **CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## FOR PARTIES WITHOUT AN ATTORNEY

**Date of Signing** _____**12-26-2018**_____

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____+_____

**Street Address** _____

**State and Zip Code** _____

**Telephone Number** _____

**E-mail Address** _____


**Date of Signing** _____**12-26-2018**_____

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____+_____

**Street Address** _____

**State and Zip Code** _____

**Telephone Number** _____

**E-mail Address** _____

5

Appendix A

~~United States District Court~~
~~Southern District of Texas~~
~~FILED~~

DEC 2 7 2018

~~David~~ J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Sonia Herron\Jacob Herron §
§
versus §
§
FEDEX Express Corp §
§
§
§

CIVIL ACTION NO. B18-204

_____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.   This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.   The Plaintiff is:   Sonia Herron; Jacob Herron

   Address:   2414 E Washington Avenue
Harlingen TX 78550

   County of Residence:   Cameron

3.   The defendant is:   FEDEX Express

   Address:   2824 Airport Drive
Harlingen TX 78550

☐   Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.   The plaintiff has attached to this complaint a copy of the charges filed on _____

with the Equal Opportunity Commission.

5.   On the date of   October 1st, 2018   the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)    ☑    race

(b)    ☑    color

(c)    ☑    sex

(d)    ☐    religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☑    terminated the plaintiff's employment

(c)    ☐    failed to promote the plaintiff

(d)    ☐    other:    _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

_____

_____

_____

8.    The plaintiff requests that the defendant be ordered:

(a)    ☐    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

(e) ☑ to provide monetary damages for wrongful termination, failure to promote retalitory tactics and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____

(Signature of Plaintiff)

Address: 2414 E Washington Ave Harlingen TX 78550

Telephone: (956) 536-1379